**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kate Cusack, having been duly sworn, hereby depose and state as follows:

Agent Background

1.       I am a Special Agent with the Diplomatic Security Service ("DSS") and have been so employed since September 2013.  I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  In 2012, I graduated from the George Washington University with an M.A. degree. My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of United States ("U.S.") immigration documents, U.S. passports, and identity documents.  Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2.       I have been a member of Homeland Security Investigation's ("HSI") Document and Benefit Fraud Task Force ("DBFTF") since January 2025. The DBFTF is a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes.  DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of U.S. citizens and used those identities to obtain public benefits, which they would not otherwise be eligible to receive, including Social Security Numbers ("SSNs"), U.S. Passports, MassHealth benefits, public housing benefits, and unemployment benefits.

1

<u>Purpose of This Affidavit</u>

3.      I submit this affidavit in support of an application for a criminal complaint and arrest warrant charging Mario Jose BAEZ ROMERO ("BAEZ ROMERO") (YOB 1980), of Somerville, Massachusetts, with one count of False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542; and one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4.      The information set forth in this affidavit is based on my personal knowledge and involvement in this investigation, as well as information provided to me by other law enforcement officers and federal agents, my review of documents and records related to this investigation, and information gained through my training and experience and the training and experience of other agents who have worked on these types of investigations for years.  In submitting this affidavit, I have not included each and every fact that I or others have learned during the course of the investigation, but only those facts necessary to establish the requisite probable cause for the issuance of a criminal complaint and arrest warrant.

<u>STATEMENT OF PROBABLE CAUSE</u>

5.      As set forth in more detail below, BAEZ ROMERO unlawfully used the name, date of birth, and SSN of a real person, DRC,[1] while knowing that these identifiers belonged to a real person,[2] to obtain multiple government-issued identification documents, including a driver's license issued by the Massachusetts Registry of Motor Vehicles ("RMV") and was successfully

---

[1] I am aware of the identity of DRC, including DRC's full date of birth and his full social security number, and am protecting the identity of the victim by using DRC's initials (as DRC, DJRC, or DR) only herein.  Though redacted, the references to DRC's date of birth and social security number referenced herein are the same, unless otherwise specified.

[2] BAEZ ROMERO has used several variations of DRC's name in applications.

able to obtain a U.S. passport in the name of the victim DRC.

<u>U.S. Passport Application</u>

6.    On November 4, 2024, BAEZ ROMERO submitted a U.S. passport application in-person at the U.S. Post Office in Dorchester, Massachusetts, representing himself to be DRC. On the application, BAEZ ROMERO represented that he was DRC and further represented that his date of birth was xx/xx/1982, and that his SSN was xxx-xx-5457.  BAEZ ROMERO also included a photograph of himself, in the name of DRC, as part of the application for the U.S. passport. A copy of that photograph is depicted below:



7.    Based on my training and experience, I am aware that U.S. passports are valid for a period of 10 years after date of issuance.  Based on my training and experience, I am also aware that to apply for a U.S. passport, an individual must show proof of citizenship and proof of identification.

8.    BAEZ ROMERO submitted supporting documentation with that application as proof of identity. Specifically, BAEZ ROMERO submitted a Massachusetts's driver's license with license number #xxx0351 in the name of DRC, which also contained DRC's date of birth xx/xx/1982.  As proof of citizenship, BAEZ ROMERO submitted a copy of a U.S. birth certificate from Puerto Rico for DRC, with the same 1982 date of birth as listed on the MA driver's license.  BAEZ ROMERO signed the passport application under penalty of perjury.

9.      On November 13, 2024, the U.S. Department of State issued BAEZ ROMERO a U.S. passport book with no. xxxxx5958, which was mailed to 41 Dane Street, Apartment 2, in Somerville, MA.

Identification of Victim DRC

10.     The investigation has confirmed that the true DRC has a date of birth of xx/xx/1982 and has been assigned SSN xxx-xx-5457.  Law enforcement database checks revealed a Puerto Rico driver's license and a Florida driver's license issued to the true DRC, both bearing a photograph of a different individual than BAEZ ROMERO.  The true DRC currently has an outstanding arrest warrant for one count of Felony Battery and one count of Tampering with a Witness, from the Pinellas Park Police Department, in Florida. The date of the warrant is August 13, 2025. Docket # 220287CF.

Confirmation of Date of Birth and Valid Social Security Number for DRC

11.     The Social Security Administration, Office of Inspector General has confirmed that SSN xxx-xx-5457, which was listed on BAEZ ROMERO's passport application, is assigned to DRC.

12.     The investigation has confirmed that the date of birth (xx/xx/1982), provided by BAEZ ROMERO, on the U.S. passport application he submitted for himself on November 4, 2024, is the true date of birth for DRC.

Identification of BAEZ ROMERO

13.     On May 10, 2026, BAEZ ROMERO was encountered by agents of the HSI Miami Human Smuggling Group ("HSG") during an interdiction of a recreational vessel near Key Biscayne in Miami, Florida. Initially, BAEZ ROMERO identified himself as DRC, a U.S. citizen from Puerto Rico. On May 11, 2026, during administrative immigration processing,

4

BAEZ ROMERO admitted that he is not a United States citizen and that his true identity is Mario Jose BAEZ ROMERO, DOB: xx/xx/1980,[3] a citizen and national of the Dominican Republic.[4]

14.    On May 21, 2026,  a Department of State ("DOS") agent contacted the U.S. Embassy in Santo Domingo, Dominican Republic and requested and received a copy of the Cedula [5](# xxx-xxxxx63-5) for BAEZ ROMERO. The Cedula record includes BAEZ ROMERO's full name, place of birth, date of birth, nationality, sex, civil status, occupation, polling station, and residential address, as well as a photograph of BAEZ ROMERO. I have reviewed and compared that photograph with the November 24, 2024, photograph submitted by BAEZ ROMERO, as DRC, which he provided as part of the U.S. passport application #xxxxx0351, and believe that the two photographs depict the same individual, namely, BAEZ ROMERO.

Criminal History of BAEZ ROMERO

15.    On or about April 13, 2011, BAEZ ROMERO, in the name of DRC, was arraigned in Suffolk Superior Court for a charge of Possession with Intent to Distribute Class B Drugs, Docket #1110247001.[6] On January 17, 2012, BAEZ ROMERO, in the name of DRC, was sentenced in that case to two and a half years imprisonment. On August 18, 2014, BAEZ

---

[3] BAEZ ROMERO provided his full date of birth but it is redacted herein.

[4] On May 21, 2026, an indictment returned in the Southern District of Florida charging BAEZ ROMERO with one count of False Statement to a Federal Agency (18 US.C. § 1001(a)(2)) and one count of Improper Entry by an Alien (8 U.S.C. § 1325(a)(3)).  BAEZ ROMERO is currently detained in that case which is pending. Docket # 26-cr-20202-RAR.

[5] A Cedula is the mandatory national identity and voter registration card issued to citizens and legal residents of the Dominican Republic. It is the primary, all-purpose legal document used for virtually all administrative, financial, and civic transactions in the country.

[6] I have been informed that the police department cannot currently locate the booking photo.

ROMERO, in the name of DRC, was arraigned in Dorchester District Court for a charge of Distribution of Class A Drugs. Docket #1407CR003522A. On October 16, 2015, BAEZ ROMERO, in the name DRC, was sentenced in that case and received a two year committed sentence. On June 29, 2016, BAEZ ROMERO in the name of DRC, was arraigned in Dorchester District Court for a charge of Distribution and Dispense Class A Drugs and on October 12, 2016 he was sentenced and received a six month committed sentence in that case. Docket #1607CR002349A.

Massachusetts RMV

16.     DSS has reviewed the certified Massachusetts RMV records in the name of DRC. The records are in the name of DRC, with DRC's true DOB, and contain several photographs of BAEZ ROMERO.  A review of the records reveals that between May 20, 2009[7,] and July 28, 2023, BAEZ ROMERO, in the name of DRC, applied for two Massachusetts Identification Cards, four duplicate identifications cards and licenses, two Drivers Licenses, and two Learners Permits. On nine occasions, BAEZ ROMERO, as DRC, successfully obtained the identification cards, and on one occasion, he was not issued the identification card. When applying for those various Massachusetts identification documents, BAEZ ROMERO, as DRC, submitted either a social security card in DRC's name, a previously issued Massachusetts identification document, a Puerto Rican birth certificate in the name of DRC, a Bank of America checking account statement in the name of DRC, or a letter listing his residence and listing the name of DRC as the recipient of the letter. The investigation has also confirmed that BAEZ ROMERO has not obtained any renewal Massachusetts drivers' license in the name DRC since 2019, and further,

---

[7] Per the RMV, due to the age of the 2009 application, neither that application nor any of the documents submitted with that application are available.

the license is currently listed as suspended.

SNAP Benefits

17.    Supplemental Nutrition Assistance Program ("SNAP") is a government benefit funded by the American taxpayer.  Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011.  This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

18.    Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").  To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as a Lawful Permanent Resident ("LPR") who has earned, or can be credited with, 40 quarters of work.  An applicant for SNAP benefits must also provide proof of identity, *i.e.,* the applicant must be the person who they claim to be.  An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

19.    According to MA DTA records, beginning on or about June 18, 2012, and ending on or about January 15, 2025, an individual claiming to be DRC submitted applications for SNAP benefits.  On the applications, the applicant's date of birth was listed as xx-xxx-1982, and SSN xxx-xx-5457.

20.    By way of example, on or about August 9, 2017, an individual claiming to be DRC, submitted an application for SNAP benefits.  The application was in Spanish. On the application, the applicant represented himself to be DRC with the date of birth xx-xx-1982, and SSN xxx-xx-5457, provided an address on Eustis Street in Roxbury, MA, and signed the

7

application under the penalty of perjury certifying that, among other things, he is a United States citizen.  The application was also signed by a representative of MA DTA. As part of that application, and included as part of the MA DTA records, the applicant submitted a Massachusetts driver's license and social security card.  The photocopy of the Massachusetts driver's license is of poor quality but the biographical data shows the name of DRC and the date of birth as xx/xx/1982, however the photograph is blurry and not viewable.  The social security card is a clearer copy and is in the name of DRC and contains SSN xxx-xx-5457.

21.     Thereafter, additional SNAP applications were submitted to MA DTA in the name of DRC.[8] Most recently, on January 15, 2025, the individual claiming to be DRC submitted an application for SNAP benefits. On the application, the applicant represented himself to be DRC,[9] with a date of birth of xx-xx-1982, and SSN xxx-xx-5457, responded in the affirmative to the question that asked if he was a U.S. citizen, and provided an address of 41 Dane St., Somerville, MA.

22.     According to MA DTA, between June 18, 2012, through December 1, 2025, the individual posing as DRC received approximately $26,942 in SNAP benefits from Massachusetts.  Of that amount, between October 1, 2021, and December 1, 2025, the individual posing as DRC received approximately $14,792 in SNAP benefits from Massachusetts.[10]

<u>MassHealth Benefits</u>

23.     The Medicaid Program is a joint federal-state program that provides health

---

[8] Some applications were in English and others were in Spanish. Some were signed and others were unsigned.

[9] In that application, the applicant listed a middle initial as part of his full name, namely, DJRC.

[10] USDA SNAP system indicates the first application was submitted on 6/18/2012. However, the start date reflects the date of June 1, 2012, in order to capture the benefits for the entire month of June, 2012.

coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities.  Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts.  Providing false material information to obtain health benefits is unlawful.  *See, e.g.*, 18 U.S.C. §§ 1035 and 1347.

24.     A review of the records reveals that in 2014 and 2015, an individual in the name of DJRC, submitted two MassHealth applications.  On each, he represented himself to be DJRC, with a xx-xx-1982 date of birth and social security number xxx-xx-5457.  Both were signed under the penalties of perjury.  Additionally, as part of the 2015 application, the applicant submitted a MA identification card in the name DRC issued in 2014.  The photograph depicted on the document is of poor quality and blurry but the biographical data shows the date of birth as xx-xx-1982, and license number #xxx0351.

25.     For the time period between in or around 2012 through in or around May 2026, it appears that there is a MassHealth account under the identity of DRC, and that individual has received approximately $48,785.42 in MassHealth Benefits.

*** remainder of page intentionally left blank ****

Photographic Comparisons of BAEZ ROMERO

26.    I have reviewed the following photographs:

a.    Massachusetts RMV photograph dated May 20, 2009, for an individual using the name and date of birth of DRC;

b.    the Booking photo of BAEZ ROMERO, in the name of DRC, dated August 16, 2014;

c.    Massachusetts RMV photograph dated October 22, 2015, for an individual using the name and date of birth of DRC;

d.    the booking photo of BAEZ ROMERO, in the name of DRC, dated June 28, 2016;

e.    Massachusetts RMV photograph dated September 25, 2019, for an individual using the name and date of birth of DRC;

f.    the booking photograph of BAEZ ROMERO, in the name of DRC, dated September 20, 2019, FBI #904596FD0;[11]

g.    the official photograph received from the Cedula Database from the Dominican Republic in the name of Mario BAEZ ROMERO; and

h.    the photograph submitted with the November 4, 2024, U.S. passport application #xxxxx5958 by the individual purporting to be DRC (which is also depicted

---

[11] The September 20, 2019, booking photo was for a charge of A&B with a Dangerous Weapon which was dismissed. Docket #1902CR003042A.

10

in paragraph 6 above.[12]


5/20/2009 RMV photo


8/16/2014 booking photo


10/22/2015 RMV photo


6/28/2016 booking photo


9/25/2019 RMV photo


9/20/2019 booking


Cedula photo


11/4/24 Passport photo

Based on a comparison of the above photographs, I believe each of the above-referenced photographs depict the same individual, namely, BAEZ ROMERO, who has claimed to be DRC.

---

[12] In the Cedula photograph, November 4, 2024 passport application photograph, September 20, 2019 booking photograph, and September 25, 2019 RMV photograph, all referenced above, a tattoo is visible on the right side of BAEZ ROMERO's neck.

11

## Conclusion

27.     Based on the foregoing, there is probable cause to believe that, on or about November 4, 2024, BAEZ ROMERO, did knowingly and willfully make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his use and the use of another, contrary to the regulatory issuances of passports or the rules prescribed pursuant to such laws, in violation of 18 U.S.C. § 1542.  I further submit there is probable cause to believe that on or about November 4, 2024, BAEZ ROMERO, did without lawful authority, knowingly transfer, possess, or use, during and in relation to an enumerated felony, to wit, passport fraud, a means of identification of another person, in violation of 18 U.S.C. § 1028(A)(c).

Sworn to under the pains and penalties of perjury.

*Kate Cusack by JCB*

_____

Kate Cusack
Special Agent
Diplomatic Security Service

Sworn before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 12th day of June, 2026.

_____

HON. JENNIFER C. BOAL
United States Magistrate Judge

12